

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: TERRI FINNEGAN, LEE CHAGRA, JR., AND JOANNA KRANCHER, RELATORS. | § § § § | No. 08-14-00162-CV ORIGINAL PROCEEDING ON PETITION FOR WRIT OF MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Eduardo Gamboa, Judge of the Probate Court No. 2 of El Paso County, Texas, and concludes Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.